UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on February 14, 2022

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 21 Cr. 447 (CJN) |
| | : | |
| v. | : | MAGISTRATE NO. 21-MJ-499 |
| | : | |
| JONATHAN DANIEL POLLOCK, | : | VIOLATIONS: |
| JOSEPH DANIEL HUTCHINSON III, | : | |
| JOSHUA CHRISTOPHER DOOLIN, | : | 18 U.S.C. § 111(a)(1) |
| MICHAEL STEVEN PERKINS, and | : | (Assaulting, Resisting, or Impeding |
| OLIVIA MICHELE POLLOCK, | : | Certain Officers) |
| | : | 18 U.S.C. §§ 111(a)(1) and (b) |
| Defendants. | : | (Assaulting, Resisting, or Impeding |
| | : | Certain Officers Using a Dangerous Weapon) |
| | : | 18 U.S.C. § 231(a)(3) |
| | : | (Civil Disorder) |
| | : | 18 U.S.C. § 641 |
| | : | (Theft of Government Property) |
| | : | 18 U.S.C. § 661 |
| | : | (Theft in a Federal Enclave) |
| | : | 18 U.S.C. § 1752(a)(1) |
| | : | (Entering and Remaining in a Restricted |
| | : | Building or Grounds) |
| | : | 18 U.S.C. § 1752(a)(1) and (b)(1)(A) |
| | : | (Entering and Remaining in a Restricted |
| | : | Building or Grounds with a Deadly or |
| | : | Dangerous Weapon) |
| | : | 18 U.S.C. § 1752(a)(2) |
| | : | (Disorderly and Disruptive Conduct in a |
| | : | Restricted Building or Grounds) |
| | : | 18 U.S.C. § 1752(a)(2) and (b)(1)(A) |
| | : | (Disorderly and Disruptive Conduct in a |
| | : | Restricted Building or Grounds with a Deadly |
| | : | or Dangerous Weapon) |
| | : | 18 U.S.C. § 1752(a)(4) |
| | : | (Engaging in Physical Violence in a Restricted |
| | : | Building or Grounds) |
| | : | 18 U.S.C. § 1752(a)(4) and (b)(1)(A) |
| | : | (Engaging in Physical Violence in a Restricted |
| | : | Building or Grounds with a Deadly or |
| | : | Dangerous Weapon) |
| | : | 40 U.S.C. § 5104(e)(2)(F) |
| | : | (Act of Physical Violence in the Capitol |
| | : | Grounds or Buildings) |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about January 6, 2021, between at or around 1:56 p.m. and at or around 2:12 p.m., within the District of Columbia, **JONATHAN DANIEL POLLOCK, JOSEPH DANIEL HUTCHINSON, III, MICHAEL STEVEN PERKINS,** and **OLIVIA MICHELE POLLOCK** committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer lawfully engaged in the lawful performance of his/her official duties incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function.

(**Civil Disorder**, in violation of Title 18, United States Code, Section 231(a)(3))

## COUNT TWO

On or about January 6, 2021, at or around 1:56 p.m., within the District of Columbia, **JONATHAN DANIEL POLLOCK**, using a deadly and dangerous weapon, that is, a flagpole, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such officer or employee was engaged in or on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

2

## COUNT THREE

On or about January 6, 2021, at or around 1:56 p.m., within the District of Columbia, **JONATHAN DANIEL POLLOCK**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, A.M. and M.L., both officers from the Metropolitan Police Department, and another police officer, while such person was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

> (**Assaulting, Resisting, or Impeding Certain Officers and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 111(a)(1) and 2)

## COUNT FOUR

On or about January 6, 2021, at or around 2:04 p.m., within the District of Columbia, **JOSEPH DANIEL HUTCHINSON, III**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such person was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

> (**Assaulting, Resisting, or Impeding Certain Officers and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 111(a)(1) and 2)

## COUNT FIVE

On or about January 6, 2021, at or around 2:04 p.m., within the District of Columbia, **JONATHAN DANIEL POLLOCK**, did embezzle, steal, purloin, knowingly convert to his use and the use of another, and without authority, sold, conveyed and disposed of any record, voucher,

3

money and thing of value of the United States and any department and agency thereof, that is, a

United States Capitol Police riot shield, which has a value of less than $1,000.

    (**Theft of Government Property**, in violation of Title 18, United States Code, Section 641)

## COUNT SIX

On or about January 6, 2021, at or around 2:04 p.m., within the District of Columbia,

**JONATHAN DANIEL POLLOCK**, did forcibly assault, resist, oppose, impede, intimidate, and

interfere with, an officer and employee of the United States, and of any branch of the United States

Government (including any member of the uniformed services), and any person assisting such an

officer and employee, while such person was engaged in and on account of the performance of

official duties, and where the acts in violation of this section involve physical contact with the

victim and the intent to commit another felony.

    (**Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

## COUNT SEVEN

On or about January 6, 2021, at or around 2:04 p.m., within the District of Columbia,

**MICHAEL STEVEN PERKINS**, using a deadly and dangerous weapon, that is, a flagpole, did

forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of

the United States, and of any branch of the United States Government (including any member of

the uniformed services), and any person assisting such an officer and employee, that is, A.P. an

officer from the Metropolitan Police Department, and another police officer, while such officer or

employee was engaged in or on account of the performance of official duties, and where the acts

4

in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

## COUNT EIGHT

On or about January 6, 2021, at or around 2:11 p.m., within the District of Columbia, **JONATHAN DANIEL POLLOCK** did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, B.R., an officer from the Metropolitan Police Department, while such person was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

## COUNT NINE

On or about January 6, 2021, at approximately 2:11 p.m., within the District of Columbia, **JOSEPH DANIEL HUTCHINSON**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such person was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

## COUNT TEN

On or about January 6, 2021, at or around 2:11 p.m., within the District of Columbia, **JONATHAN DANIEL POLLOCK**, did embezzle, steal, purloin, knowingly convert to his use and the use of another, and without authority, sold, conveyed and disposed of any record, voucher, money and thing of value of the United States and any department and agency thereof, that is, a United States Capitol Police riot shield, which has a value of less than $1,000.

(**Theft of Government Property**, in violation of Title 18, United States Code, Section 641)

## COUNT ELEVEN

On or about January 6, 2021, at or around 2:11 p.m., within the District of Columbia, **JONATHAN DANIEL POLLOCK**, using a deadly and dangerous weapon, that is, a riot shield, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, J.G. an officer from the Metropolitan Police Department, and another police officer, while such officer or employee was engaged in or on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

## COUNT TWELVE

On or about January 6, 2021, at or around 2:12 p.m., within the District of Columbia, **JOSEPH DANIEL HUTCHINSON, III**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United

States Government (including any member of the uniformed services), and any person assisting

such an officer and employee, that is, two officers from the Metropolitan Police Department, while

such person was engaged in and on account of the performance of official duties, and where the

acts in violation of this section involve physical contact with the victim and the intent to commit

another felony.

**(Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

## COUNT THIRTEEN

On or about January 6, 2021, at or around 2:12 p.m., within the District of Columbia,

**OLIVIA MICHELE POLLOCK** did forcibly assault, resist, oppose, impede, intimidate, and

interfere with, an officer and employee of the United States, and of any branch of the United States

Government (including any member of the uniformed services), and any person assisting such an

officer and employee, that is, S.S, an officer with the Metropolitan Police Department, while such

person was engaged in and on account of the performance of official duties, and where the acts in

violation of this section involve physical contact with the victim and the intent to commit another

felony.

**(Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

## COUNT FOURTEEN

On or about January 6, 2021, at or around 2:58 p.m., within the District of Columbia,

**JONATHAN DANIEL POLLOCK** committed and attempted to commit an act to obstruct,

impede, and interfere with a law enforcement officer lawfully engaged in the lawful performance

of his/her official duties incident to and during the commission of a civil disorder which in any

way and degree obstructed, delayed, and adversely affected commerce and the movement of any

article and commodity in commerce and the conduct and performance of any federally protected function.

(**Civil Disorder**, in violation of Title 18, United States Code, Section 231(a)(3))

## COUNT FIFTEEN

On or about January 6, 2021, at or around 2:58 p.m., within the District of Columbia, **JONATHAN DANIEL POLLOCK** did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, A.S., an officer with the Metropolitan Police Department, while such person was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

## COUNT SIXTEEN

On or about January 6, 2021, between at least at or around 2:46 p.m. and at least at or around 4:23 p.m., within the special maritime and territorial jurisdiction of the United States, **JOSHUA CHRISTOPHER DOOLIN** did take and carry away, with the intent to steal or purloin, the personal property of another, that is, a crowd-control spray gun.

(**Theft in a Federal Enclave**, in violation of Title 18, United States Code, Section 661)

## COUNT SEVENTEEN

On or about January 6, 2021, between at least at or around 3:46 p.m. and at least at or around 4:23 p.m., within the District of Columbia, **JOSHUA CHRISTOPHER DOOLIN** did embezzle, steal, purloin, knowingly convert to his use and the use of another, and without

8

authority, sold, conveyed and disposed of any record, voucher, money and thing of value of the United States and any department and agency thereof, that is, a United States Capitol Police riot shield, which has a value of less than $1,000.

(**Theft of Government Property**, in violation of Title 18, United States Code, Section 641)

## COUNT EIGHTEEN

On or about January 6, 2021, between at or around 4:18 p.m. and  4:46 p.m., within the District of Columbia, **JONATHAN DANIEL POLLOCK** and **JOSHUA CHRISTOPHER DOOLIN** committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer lawfully engaged in the lawful performance of his/her official duties incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function.

(**Civil Disorder**, in violation of Title 18, United States Code, Section 231(a)(3))

## COUNT NINETEEN

On or about January 6, 2021, at or around 4:29 p.m., within the District of Columbia, **JONATHAN DANIEL POLLOCK** did embezzle, steal, purloin, knowingly convert to his use and the use of another, and without authority, sold, conveyed and disposed of any record, voucher, money and thing of value of the United States and any department and agency thereof, that is, two United States Capitol Police riot shields, which have a value of less than $1,000.

(**Theft of Government Property**, in violation of Title 18, United States Code, Section 641)

## COUNT TWENTY

On or about January 6, 2021, at or around 4:32 p.m., within the District of Columbia, **JONATHAN DANIEL POLLOCK**, did forcibly assault, resist, oppose, impede, intimidate, and

9

interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such person was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

## COUNT TWENTY-ONE

On or about January 6, 2021, within the District of Columbia, **JONATHAN DANIEL POLLOCK and MICHAEL STEVEN PERKINS** did knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, without lawful authority to do so, and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a riot shield and a flagpole.

(**Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Sections 1752(a)(1) and (b)(1)(A))

## COUNT TWENTY-TWO

On or about January 6, 2021, within the District of Columbia, **JOSEPH DANIEL HUTCHINSON, III, JOSHUA CHRISTOPHER DOOLIN,** and **OLIVIA MICHELE POLLOCK** did knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

10

## COUNT TWENTY-THREE

On or about January 6, 2021, within the District of Columbia, **JONATHAN DANIEL POLLOCK** and **MICHAEL STEVEN PERKINS** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions, and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a riot shield and a flagpole.

> **(Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Sections 1752(a)(2) and (b)(1)(A))

## COUNT TWENTY-FOUR

On or about January 6, 2021, within the District of Columbia, **JOSEPH DANIEL HUTCHINSON, III, JOSHUA CHRISTOPHER DOOLIN,** and **OLIVIA MICHELE POLLOCK,** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

> **(Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

### COUNT TWENTY-FIVE

On or about January 6, 2021, within the District of Columbia, **JONATHAN DANIEL POLLOCK** and **MICHAEL STEVEN PERKINS** did knowingly, engage in any act of physical violence against any person and property in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, and, during an in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a riot shield and a flagpole.

> **(Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Sections 1752(a)(4) and (b)(1)(A))

### COUNT TWENTY-SIX

On or about January 6, 2021, within the District of Columbia, **JOSEPH DANIEL HUTCHINSON, III** and **OLIVIA MICHELE POLLOCK**, did knowingly, engage in any act of physical violence against any person and property in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting.

> **(Engaging in Physical Violence in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(4))

### COUNT TWENTY-SEVEN

On or about January 6, 2021, within the District of Columbia, **JONATHAN DANIEL POLLOCK, JOSEPH DANIEL HUTCHINSON, III, MICHAEL STEVEN PERKINS,** and

**OLIVIA MICHELE POLLOCK**, willfully and knowingly engaged in an act of physical violence

within the United States Capitol Grounds and any of the Capitol Buildings.

(**Act of Physical Violence in the Capitol Grounds or Buildings**, in violation of Title 40,
United States Code, Section 5104(e)(2)(F))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves/ATF*
Attorney of the United States in
and for the District of Columbia.

13