UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 21-447 (CJN) |
| ) | |
| POLLOCK, et al, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW

Undersigned counsel respectfully requests that the Court permit her to withdraw as a listed attorney of record as she is not counsel for any of the defendants in this matter.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
Maria N. Jacob
D.C. Bar No. 1031486
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
Maria_Jacob@fd.org