AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Jonathan Daniel Pollock<br><br>Defendant | Case: 1:21-mj-00499<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 6/25/2021<br>Description: Complaint w/ Arrest Warrant |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Jonathan Daniel Pollock,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a)(1) and (b), and 2 (Assaulting, Resisting, or Impeding Certain Officers or Employees; Aiding and Abetting);
18 U.S.C. § 641 (Theft of Government Property);
18 U.S.C. § 1752(a)(1), (2), (4) -Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2) (E), (F)- Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:    06/25/2021

Digitally signed by G. Michael Harvey
Date: 2021.06.25 14:02:25 -04'00'

*Issuing officer's signature*

City and state:     Washington, D.C.            G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 01/04/2024, and the person was arrested on *(date)* 01/06/2024
at *(city and state)* GROVELAND, FL.

Date: 01/08/2024

*Arresting officer's signature*

SPECIAL AGENT MARK DENNES
*Printed name and title*