IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** \* | |
| \* | |
| vs.   \* | Case No.  21-CR-0447-1 (CJN) |
| \* | |
| **JONATHAN POLLOCK**,   \* | |
| **Defendant**   \* | |
| \* | |

ooOoo

### ENTRY OF APPEARANCE

Please enter my appearance on behalf of Defendant Jonathan Pollock, as counsel appointed under the Criminal Justice Act, 18 U.S.C. § 3006A.

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

### CERTIFICATE OF SERVICE

I hereby certify that the instant notice was served via ECF on all counsel of record this 9th day of February, 2024.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**