# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. 21 Cr. 447 (CJN)** |
| v. : | |
| : | |
| **JONATHAN DANIEL POLLOCK,** : | |
| : | |
| **Defendant.** : | |

## UNITED STATES' UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case.

On August 19, 2021, this Court entered a protective order government the production of discovery with respect to four defendants in this matter, Joseph Daniel Hutchinson, III, Joshua Christopher Doolin, Michael Steven Perkins, and Olivia Michele Pollock. ECF 39. At that time, Jonathan Daniel Pollock had not yet been apprehended.

Jonathan Pollock has since been arrested. The Government has conferred with counsel for Mr. Pollock, who does not object to the entry of the protective order with respect to Mr. Pollock as well.

Therefore, the government respectfully requests that the Court enter the attached proposed protective order, the substance of which is identical to the one entered at ECF 39.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
DC Bar Number 481052

By:     /s/ *Benet J. Kearney*
Benet J. Kearney
Assistant United States Attorney
NY Bar No. 4774048
26 Federal Plaza
New York, NY 10278
Benet.Kearney@usdoj.gov
(212) 637-2260

Brendan Ballou
Special Counsel
DC Bar No. 241592
950 Constitution Avenue NW
Washington, DC 20530
(202) 431-8493
Brendan.Ballou-Kelley@usdoj.gov