<div style="text-align:center">

THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

</div>

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JONATHAN DANIEL POLLOCK,<br><br>OLIVIA MICHELE POLLOCK | Case No.: 1:21-cr-00447 (CJN) |

**UNOPPOSED JOINT DEFENSE MOTION FOR AN EXTENSION OF TIME TO FILE MOTIONS TO DISMISS SUPERSEDING INDICTMENT**

*Comes Now* Olivia Pollock and Jonathan Pollock, though undersigned counsel and move this Court extend the time to file motions to dismiss the Superseding Indictment currently due by August 5, 2024 to August 12, 2024.

1. The reason for the request is that the parties are engaged in productive discussion to seek to resolve the case before trial. Therefore, it would preserve resources to extend the motions deadline for one week.

2. Counsel for the Government does not oppose the request. Counsel for Olivia Pollock has authorized undersigned counsel to state that she joins this request.

<div style="margin-left:50%">

Respectfully submitted,
CARMEN D. HERNANDEZ
/s/

_____
Carmen D. Hernandez
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
Chernan7@aol.com
**Counsel for Jonathan Pollock**

</div>

**CERTIFICATE OF SERVICE**

      I hereby certify that this Motion was served upon all parties in this case by ECF notification on this 6th day of August, 2024.

<div style="text-align:center">

_____/s/_____
Carmen D. Hernandez

</div>