IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**  *  <br> * <br> vs.  *   Case No.  21-CR-0447-1 (CJN) <br> * <br> **JONATHAN POLLOCK**,  * <br> **Defendant**  * <br> * | |

ooOoo

**NOTICE OF WAIVER OF JURY TRIAL**

Jonathan Pollock, by his undersigned counsel, hereby notifies the Court, pursuant to FED. R. CRIM. PROC. 23, he wishes to waive his right to a jury trial and proceed with a bench trial in this case.

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that the instant notice was served via ECF on all counsel of record this 16th day of August, 2024.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**