UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 21-CR-00447-CJN |
| : | |
| **JONATHAN DANIEL POLLOCK,** : | |
| : | |
| **Defendant.** : | |

### GOVERNMENT'S RESPONSE TO MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS

The United States of America submits this response to clarify its position regarding defendant Jonathan Pollock's Motion to Extend Time for Filing Pretrial Motions (ECF 338). The government takes no position regarding any motions filed on or prior to August 19, 2024, but objects to any further extension beyond that date.

On May 28, 2024, this Court entered a scheduling order setting a July 15, 2024 deadline deadline for defendants to file any motions to dismiss. On July 25, 2024, counsel for Jonathan Pollock and Olivia Pollock filed a motion, with the government's consent, to extend that deadline until August 5, 2024 (ECF 320), which the Court granted. On August 5, 2024, counsel for Jonathan Pollock contact the government to ascertain its position regarding a further extension until August 12 or August 15. The government responded that it would consent to an extension until August 12, but, because of the AUSAs' schedules, could not agree to an extension beyond that. On August 12, 2024, counsel for Jonathan Pollock contacted the government to seek its position regarding an additional 2-day extension. The government consented to this request and on August 13, 2024, counsel for Jonathan Pollock made an oral motion to extend the deadline until August 16, 2024, which the Court granted. *See* Aug. 13, 2024 Minute Order. On August 14,

2024, Jonathan Pollock filed a motion to dismiss certain counts of the Second Superseding Indictment (ECF 326).

On August 16, 2024, counsel for Jonathan Pollock contacted the government seeking its position regarding a further extension to file additional motions and representing that she intended to file those motions <u>that evening</u>.  The government responded that it could not consent to further extensions because the AUSAs on the case would be largely unavailable when responses to the motions would be due[1]  and had planned their schedules around the Court's original scheduling order, but that counsel could represent that it took no position on the request.  The government took this position on the understanding that counsel would be filing any additional motions on August 16, and at the very least, prior to August 19, 2024.  The government objects to any extension of time to file motions to dismiss beyond August 19, 2024.  *See* ECF 335, 337.

                                                    Respectfully submitted,

                                                    MATTHEW M. GRAVES
                                                    United States Attorney
                                                    DC Bar No. 481052

DATED: August 22, 2024        By:    /s/*Benet J. Kearney*
                                                    Benet J. Kearney
                                                      Assistant United States Attorney
                                                      N.Y. Bar No.474048
                                                     (212) 637 2260
                                                     Benet.Kearney@usdoj.gov

---

[1] One AUSA is scheduled to commence trial on August 27, 2024.  Another will be out of the country from August 30 until September 10, 2024.